IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GIULLIAN STEELE, on behalf of herself and all others similarly situated, | § § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL ACTION NO: _____ |
| PERRY'S RESTAURANTS, | § § § | |
| Defendant. | § § § | COLLECTIVE ACTION |

CONSENT TO JOIN COLLECTIVE ACTION
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

Pursuant to Section 16(b) of the Fair Labor Standards Act, I, Amanda Leigh Sanchez, hereby consent to be a party plaintiff in a collective action brought in the United States District Court for the Southern District of Texas entitled *Giullian Steele v. Perry's Restaurants*, to recover unpaid wages, overtime wages and other sums owing to me and to other, similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable federal and state laws. I hereby authorize Steele Sturm, PLLC to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a plaintiff herein and to be bound by any settlement of this action of adjudication by the Court.

8/27/09
Date Signed

Amanda Sanchez
Amanda Leigh Sanchez