UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Guillian Steele, et al.                 §
                                        §
versus                                  §        Civil Action *4:09-2789*
                                        §
Perry's Restaurant                      §
                                        §

## Conference Memorandum

Counsel:                                         Representing:

Lionel Schooler      }                           D.  Perry's

Gunter Howell        }

Kyle Dickson

Howard Steele        }                           Ps. Steele, et al.

Aaron Storm          }

Date: September 29, 2009                         Reporter: Fred Warner

Started: 10:00                                   Ended: 10:20

At the conference, these rulings were made:

The parties will work.

☐  Order to be entered.
☐  Trial preparation to be completed by:         _____, 200___.
☐  A pretrial conference is set for:             _____ on _____, 200___.
☐  A hearing is set for:                         _____ on _____, 200___.
☐  A trial is set for :                          _____ on _____, 200___.
        ☐ Bench      ☐ Jury (Estimated time at 5.5 hours a day _____).
☐  Joint Pretrial Order due:                     _____, 200___.
☐  Internal review deadline                      _____, 200___.

Lynn N. Hughes
United States District Judge