UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Guillian Steele, et al. §§§§§§

versus

Perry's Restaurant, et al.

Civil Action 4:09-2789

## Conference Memorandum

Counsel:
Anell Schooler
Richard Howell
Kyle Dickson
Yola Galva - paralegal
Howard Steele
Aaron Storm

Representing:
Ds. Perry's & Leasing Enterprises

Ps. Steele, et al.

Date: December 9, 2009

Reporter: —

Started: 11:10      Ended: 12:00

At the conference, these rulings were made:

The defendants will stipulate to the proper entity for liability. The plaintiffs will file their version of the tip pool system. The defendants will give the plaintiffs the employment data specified in the conference.

☒ Order to be entered.
☐ Trial preparation to be completed by: _____, 200__.
☒ A pretrial conference is set for: 10:30 a.m. on January 15, 2010.
☐ A hearing is set for: _____ on _____, 200__.
☐ A trial is set for: _____ on _____, 200__.
    ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 200__.
☐ Internal review deadline _____, 200__.

Lynn N. Hughes
United States District Judge