| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

_Guillian Steele_ §
§
versus §    Civil Action 4:09-2789
§
_Perry's Restaurant_ §
§

## Conference Memorandum

Counsel: _Lionel Schooler_ ⎫   Representing: _D. Perry's_
_Yola Galvin - para_ ⎭

_Howard Steele_ ⎫   _B. Steele_
_Aaron Storm_ ⎭

Date: _January 15, 2009_      Reporter: —

Started: _11:00_      Ended: _11:20_

At the conference, these rulings were made:

_Leasing Enterprises, Ltd., must give the plaintiffs its operating data from the first payroll period in June 2009, unredacted._

- ☐ Order to be entered.
- ☐ Trial preparation to be completed by: _____, 201_.
- ☒ A pretrial conference is set for: _10:00 a.m._ on _February 4_, 201_0_.
- ☐ A hearing is set for: _____ on _____, 201_.
- ☐ A trial is set for: _____ on _____, 201_.
  - ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day ____).
- ☐ Joint Pretrial Order due: _____, 201_.
- ☐ Internal review deadline _____, 201_.

_/s/ Lynn N. Hughes_
Lynn N. Hughes
United States District Judge