UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

_Giullian Steele_                          §
                                           §
_versus_                                   §        Civil Action  _4:09.2789_
                                           §
_Perry's Restaurant_                       §
                                           §

## Conference Memorandum

Counsel:                                    Representing:
_Lionel Schooler_ ⎫                         _D. Perry_
_Richard Howell_  ⎬
_Yola Galvan-para_ ⎭
_Aaron Storm_ ⎫                             _P. R. Steele_
_Meagan Moore_ ⎬
_Howard Steele_ ⎭

Date: _February 4, 2010_                    Reporter: ___—___

Started: _10:05_                            Ended: _10:30_

At the conference, these rulings were made:

_Perry's Restaurant must depose Giullian Steele by_
_February 19, 2010. Giullian Steele may talk to a corporate_
_representative of Perry's Restaurant._

☐ Order to be entered.
☐ Trial preparation to be completed by: _____, 201__.
☒ A pretrial conference is set for: _11:00 a.m._ on _February 24_, 201_0_.
☐ A hearing is set for: _____ on _____, 201__.
☐ A trial is set for : _____ on _____, 201__.
   ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 201__.
☐ Internal review deadline _____, 201__.

Lynn N. Hughes
United States District Judge