UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Guillian Steele, et al. §
§
versus §  Civil Action 4:09-2789
§
Perry's Restaurant §
§

## Conference Memorandum

Counsel:      Representing:

Lionel Schooler      D. Perry's
Richard Howell
Yola Galvan - para
Megan Moore      B. Steele, et al.
Howard Steele

Date: February 24, 2010      Reporter: —

Started: 10:55      Ended: 11:05

At the conference, these rulings were made:

Perry's Restaurant will give the documents to Guillian Steele, et al, by noon on Monday, March 1. Steele will visit with Perry's corporate representative by March 5.

- ☐ Order to be entered.
- ☐ Trial preparation to be completed by: _____, 201__.
- ☒ A pretrial conference is set for: 10:30 a.m. on March 19, 2010.
- ☐ A hearing is set for: _____ on _____, 201__.
- ☐ A trial is set for: _____ on _____, 201__.
  - ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).
- ☐ Joint Pretrial Order due: _____, 201__.
- ☐ Internal review deadline _____, 201__.

Lynn N. Hughes
United States District Judge