| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Giullian Steele, et al. §
§
versus         §          Civil Action 4:9-2789
§
Perry's Restaurant §
§

## Conference Memorandum

Counsel:                                         Representing:
Lionel Schooler                          D. Perry's
Richard Howell
Yola Galvan
Howard Steele                          P's. Steele, et al.
Aaron Storm
Megan Moore

Date: May 10, 2010                    Reporter: —

Started: 12:00                               Ended: 12:05

At the conference, these rulings were made:

The parties will work.

☐ Order to be entered.
☐ Trial preparation to be completed by: _____, 201__.
☐ A pretrial conference is set for: _____ on _____, 201__.
☐ A hearing is set for: _____ on _____, 201__.
☐ A trial is set for: _____ on _____, 201__.
    ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 201__.
☐ Internal review deadline _____, 201__.

_____
Lynn N. Hughes
United States District Judge