UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

Guillian Steele, et al. §
                      §
versus                § Civil Action 4:09-2789
                      §
Perry's Restaurant, et al. §

Conference Memorandum

Counsel:
Lionel Schooler
  Yola Galvin
Howard Steele
Megan Moore
Aaron Storm

Representing:
Ds. Perry's & Leasing Enterprises
Ps. Steele, Aleman, Bastro Dwyer, McMillan, et al.

Date: October 12, 2010
Started: 3:02 pm

Reporter: none
Ended: 3:38 pm

At the conference, these rulings were made:

☑ Order to be entered.
☐ Trial preparation to be completed by: _____, 201_.
☐ A pretrial conference is set for: _____ on _____, 201_.
☐ A hearing is set for: _____ on _____, 201_.
☐ A trial is set for: _____ on _____, 201_.
  ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 201_.
☑ Internal review deadline   December 6, 2010.

Lynn N. Hughes
United States District Judge