UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Giullian Steele, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-09-2789 |
| Perry's Restaurant, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## Conditional Class Certification

Conditionally, the court establishes a class of tipped workers at a Perry's Restaurant operated by Leasing Enterprises, Ltd., between January 12, 2007, and today. (36,54)

Signed on October 15, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge