| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Giullian Steele, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-09-2789 |
| | § | |
| Perry's Restaurant, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Management Order

1. Perry's must produce a data file of its employee's last known mailing addresses and known email addresses by October 22, 2010.

2. Steele must mail the consent form to all Perry's employees by November 5, 2010.

3. Perry's employees must mail their consent form to Steele by December 15, 2010.

Signed on October 15, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge