| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Giullian Steele, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-09-2789 |
| | § | |
| Perry's Restaurant, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order

The court retains title to the data, universal resource locator, and email addresses.

Signed on October 25, 2010, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge