| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Giullian Steele, *et al.*,　§
　　　　　　　　　　　　　§
　　　　Plaintiffs,　　　　§
　　　　　　　　　　　　　§
*versus*　　　　　　　　　§　　Civil Action H-09-2789
　　　　　　　　　　　　　§
Perry's Restaurant, LLC, *et al.*,　§
　　　　　　　　　　　　　§
　　　　Defendants.　　　§

## Order on Production

1. By 4:00 p.m. on October 27, 2010, Perry's must produce a data file of last known mailing addresses for employees at its Austin and Dallas restaurants. (61)

2. Steele will not send notice to employees who were not part of the general tip pool, like bartenders.

Signed on October 26, 2010, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge