| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Giullian Steele, *et al.*, § 
§ 
      Plaintiffs, § 
§ 
*versus* §    Civil Action H-09-2789
§ 
Perry's Restaurant, LLC, *et al.*, § 
§ 
      Defendants. §

# Order

1. Steele may re-send consent forms to employees whose initial forms were returned as undeliverable. He must keep all returned forms and maintain a record of any re-sent. (92)

2. Steele cannot add to the original list of Perry's employees or send forms to employees not on the list.

3. All Perry's employees must mail their consent form to Steele by December 15, 2010.

Signed on November 12, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge