United States District Court     Southern District of Texas

Giullian Steele, *et al.*, § 
          Plaintiffs, §
§
*versus* §     Civil Action H-09-2789
§
Perry's Restaurant, LLC, *et al.*, §
          Defendants. §

## Order

The plaintiffs' motion to compel is denied. (142)

Signed on March 3, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge