# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GIULLIAN STEELE, *et al*. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:09-cv-02789 |
| | § | |
| LEASING ENTERPRISES, LTD. | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

## **MOTION TO COMPEL**

The Court has ordered a status conference for December 11, 2012. Defense counsel had requested a continuance, and this Court denied that request today. In order to do our homework for the hearing, we requested Defense counsel to supplement what Judge asked them to provide us previously. Defense counsel has refused. (See correspondence between counsel, Ex. A.) Instead of hitting the "print button" on their client's computer, defense counsel wants us to interview the over 200 plaintiffs and then report back to them our findings. (Id.)

Plaintiffs request that Defendants supplement the discovery previously ordered by this Court so that we can do our homework for Judge and comply with this Court's order.

Respectfully submitted,

  /s/ *Howard L. Steele, Jr.*
Howard L. Steele, Jr.
Texas Bar No. 24002999
Federal Bar No. 21615
700 Louisiana, 48th Floor
Houston, Texas 77002
(713) 659-2600 [Telephone]
(713) 659-2601 [Facsimile]
hsteele@steelesturm.com

ATTORNEY-IN-CHARGE FOR THE PLAINTIFFS

OF COUNSEL
**STEELE STURM, PLLC**
CHARLES STURM
Texas Bar No. 24003020
Federal Bar No. 21777
700 Louisiana, 48th Floor
Houston, Texas 77002
(713) 659-2600 [Telephone]
(713) 659-2601 [Facsimile]

## CERTIFICATE OF SERVICE

    I certify that on November 16, 2012 a copy of the foregoing instrument was served on the following counsel of record by the Court's electronic filing system.

    Lionel M. Schooler
    JACKSON WALKER L.L.P.
    1401 McKinney Ave., Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 308-4156 [Facsimile]

    *Defendant's counsel*

                                              /s/ *Howard L. Steele, Jr.*
                                              HOWARD L. STEELE, JR.