IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GIULLIAN STEELE et al. | § § | |
| vs. | § § § | CIVIL ACTION NO. 4:09-CV-02789 (COURT UNIT OF JUDGE HUGHES) [JURY TRIAL DEMANDED] |
| LEASING ENTERPRISES, LTD. | § | |

## DEFENDANT LEL'S UNOPPOSED MOTION FOR CONTINUANCE

Defendant Leasing Enterprises, Ltd. ("LEL") moves for a continuance of the trial of this action, which is set for January 30, 2013, pursuant to the Court's Management Order (***Dkt. No. 194***) and shows:

1. This is the first motion for continuance filed in this case.

2. This motion is not opposed by Plaintiffs.

3. The motion has been necessitated because of an unexpected medical situation affecting LEL's defense of this case, which is expected to last for at least eight weeks.

4. On January 8, 2013, counsel for LEL contacted the Court to inform it of the situation. The Court requested that counsel inform Plaintiffs' counsel of the situation and further indicated that under the unique circumstances presented, it would be inclined to grant a continuance of the trial setting to permit sufficient time for recovery.

5. Accordingly, LEL seeks a three month continuance of the trial setting, consonant with the Court's docket, to on or about April 30, 2013, or a date thereafter that is convenient for the Court. ***Dkt. No. 194*** at ¶ 5.

6. LEL further requests a continuance of the deadline to file the amended wage chart be extended from January 15, 2013, to April 15, 2013. *See id.* at ¶ 2.

8880428v.1

DATED this 9th day of January, 2013.

                               Respectfully submitted,

                               JACKSON WALKER L.L.P.

                               LIONEL M. SCHOOLER (SBN 17803300)
                               Federal ID: 726
                               RICHARD A. HOWELL (SBN 24056674)
                               Federal ID: 959050
                               1401 McKinney Ave., Suite 1900
                               Houston, Texas 77010
                               (713) 752-4200
                               (713) 308-4156 (Direct Fax)
                               E-mail: lschooler@jw.com

                               ATTORNEY-IN-CHARGE FOR
                               DEFENDANT LEASING ENTERPRISES,
                               LTD.

## CERTIFICATE OF CONFERENCE

On January 9, 2012, I conferred with Charles Sturm, attorney for the Plaintiffs, regarding the circumstances surrounding this motion and the relief requested herein. Mr. Sturm informed me that Plaintiffs are unopposed to this motion.

                               Richard A. Howell

## CERTIFICATE OF SERVICE

I certify that a true copy of Defendant LEL's Motion for Continuance was filed with the Court's ECF filing system, which will provide electronic notification to all counsel who have appeared, and that a courtesy copy was sent by certified mail, return receipt requested, and by fax transmission to *Counsel for Plaintiff*, Howard L. Steele, Jr., Steele Sturm, P.L.L.C., 700 Louisiana, 48th Floor, Houston, Texas 77002, on this 9th day of January, 2013.

                               Richard A. Howell