UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Giullian Steele, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-09-2789 |
| | § | |
| Perry's Restaurant, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Conditional Class Certification

Conditionally, the court establishes a class of tipped workers at a Perry's Restaurant operated by Leasing Enterprises, Ltd., between December 15, 2010, and today.

Signed on January 17, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge

# If you worked for tips at a Perry's restaurant only after December 15, 2010, you may ask for additional wages

A few workers have sued Perry's about wages. The court has ruled that some workers are entitled to additional wages. If you worked for it and got tips as part of your pay, you may claim additional money. If you qualify, you must send a consent form. If you do not want to ask for anything, simply do nothing.

### Am I covered?

You may claim additional wages if you were a tipped worker at a Perry's restaurant only after – not before – December 15, 2010.

### What's this problem?

Workers at Perry's restaurants say that it did not pay them full wages because it paid some of its expenses from the tip pool. Perry's says that it paid correctly.

### What can I get?

If the workers win, you may get additional pay for under-paid wages.

If the workers lose, you will get nothing.

You will owe no lawyers, win or lose.

### How do I make a claim?

If you wish to make a claim, fill out the consent form and send it. It must be mailed or e-mailed by March 1, 2013, and sent to this lawyer. You may sign the forms electronically.

If you do not want to make a claim, simply do nothing.

### Information?

To learn more, call or write the workers' lawyer:

Howard L. Steele, Jr.
1000 Louisiana, Suite 3780
Houston, Texas 77002
voice:      (713) 659-2600
facsimile: (713) 659-2601

Perry@steelesturm.com

Info@PerryWorkerGroup.com

The United States District Court in Houston has approved this notice.

