| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Giullian Steele, et al., §
　§
　　　　Plaintiffs, §
　§
versus § Civil Action H-09-2789
　§
Leasing Enterprises, Ltd., et al., §
　§
　　　　Defendants. §

## Leave to Update Website

The plaintiffs may update the lawsuit website. (176)

Signed on March 25, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge