UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Giullian Steele, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-09-2789 |
| | § | |
| Leasing Enterprises. Ltd., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# Final Judgment

After its findings and conclusions, the court, on October 8, 2014, considered the damages for the collective participants.

The court admitted two charts, marked as Exhibits A – a detailed chart, and B – a summary chart, identifying ineligible participants and showing wages for eligible participants. Plaintiffs indicated that they had no objection to the information as stated in the charts, and that plaintiffs had decided not to submit evidence to the court about post-trial actions by Perry's.

Now, consistent with the evidence in the trial and the hearing of October 8, 2014, the court finds that the following claimants are not eligible to participate in a recovery; therefore, these individuals' claims are dismissed with prejudice:

| Last Name | First Name | File | Consent Filed | 2-Years Back | Reason Ineligible |
|---|---|---|---|---|---|
| Aleman | Raul | 1-2 | 01/12/2010 | 01/12/2008 | Dismissed from Lawsuit |
| Alvarez | Marcus | 127 | 12/14/2010 | 12/14/2008 | Term date 9-1-2007 |
| Apple | Katherine | 101 | 11/11/2010 | 11/11/2008 | Term date 2-25-2008 |

| Barron Jr. | Thomas | 223 | 02/11/2013 | 02/11/2011 | Term date 5-29-2010 |
| Behrns (Furuya) | Tamara | 122 | 12/06/2010 | 12/06/2008 | Term date 9-3-2008 |
| Bell | Meranda | 308 | 03/12/2013 | 03/12/2011 | Did not work for LEL |
| Boyd (Leach) | Sara | 113 | 11/23/2010 | 11/23/2008 | Term date 1-4-2007 |
| Bueche | Michelle | 89 | 11/02/2010 | 11/02/2008 | No server hours during time period |
| Burge | Samantha | 127 | 12/14/2010 | 12/14/2008 | Bartender hours only |
| Camarillo | Timothy | 124 | 12/08/2010 | 12/08/2008 | Term date 5-19-2007 |
| Camarillo (Howell) | Mindy | 124 | 12/08/2010 | 12/08/2008 | Term date 5-4-2007 |
| Castro | Kristina | 127 | 12/14/2010 | 12/14/2008 | Bartender hours only |
| Cespedes | Natalie | 94 | 11/08/2010 | 11/08/2008 | Term date 3-4-2008 |
| Connolly | Sean | 105 | 11/15/2010 | 11/15/2008 | Term date 1-19-2007 |
| Contreras | Jason | 91 | 11/04/2010 | 11/04/2008 | Term date 8-21-2007 |
| Courtney | Derek | 93 | 11/05/2010 | 11/05/2008 | Term date 2-9-2008 |
| Davenport (Szymczak) | Stephanie | 113 | 11/23/2010 | 11/23/2008 | Term date 1-4-2007 |
| Faysal | George | 117 | 11/29/2010 | 11/29/2008 | Did not work for LEL |
| Federlein | Jeremiah | 107 | 11/17/2010 | 11/17/2008 | Term date 3-3-2007 |

| Fries | John | 127 | 12/14/2010 | 12/14/2008 | Term date 8-10-2007 |
|---|---|---|---|---|---|
| Galdenzi | Michael | 94 | 11/08/2010 | 11/08/2008 | Term date 7-27-2008 |
| Garcia | Joshua | 75 | 11/01/2010 | 11/01/2008 | Term date 3-22-2007 |
| Gonzales | Guadalupe | 106 | 11/16/2010 | 11/16/2008 | Term date 9-11-2008 |
| Haas | Scott | 105 | 11/15/2010 | 11/15/2008 | Term date 7-28-2008 |
| Hamp | Danielle | 117 | 11/29/2010 | 11/29/2008 | Term date 7-31-2008 |
| Harris | Fredricka | 316 | 03/28/2013 | 03/28/2011 | Did not work for LEL |
| Haven | Douglas | 289 | 03/01/2013 | 03/01/2011 | Did not work for LEL |
| Herzog | Brandon | 130 | 12/17/2010 | 12/17/2008 | No server hours during time period |
| Huckabee | Aaron Joel | 313 | 03/28/2013 | 03/28/2011 | No server hours during time period |
| Hugi | Jean | 94 | 11/08/2010 | 11/08/2008 | Term date 10-13-2007 |
| Jacobs | Jennifer | 127 | 12/14/2010 | 12/14/2008 | Term date 11-19-2007 |
| Johnson | Jerome | 233 | 02/13/2013 | 02/13/2011 | Term date 12-26-2009 |
| Kelley | Ruth | 91 | 11/04/2010 | 11/04/2008 | Term date 2-29-2008 |
| King | Joel | 127 | 12/14/2010 | 12/14/2008 | Term date 7-12-2008 |
| Kinsey | Wade | 94 | 11/08/2010 | 11/08/2008 | Term date 1-2-2008 |

| Kovach | Carolyn | 91 | 11/04/2010 | 11/04/2008 | Term date 2-23-2008 |
| Kuhfeldt | Christopher | 66 | 10/27/2010 | 10/27/2008 | No server hours during time period |
| Lara | Josefina | 109 | 11/19/2010 | 11/19/2008 | Training shifts only ($7.25 per hour) |
| Larson | Jeff | 94 | 11/08/2010 | 11/08/2008 | Term date 9-25-2007 |
| Lovell | Deirdre | 119 | 11/30/2010 | 11/30/2008 | No server hours during time period |
| Martinez | Crissy | 104 | 11/12/2010 | 11/12/2008 | Term date 11-10-2008 |
| Masters | Brian | 124 | 12/08/2010 | 12/08/2008 | Last day as server 11-13-2007 |
| Max | Joshua | 117 | 11/29/2010 | 11/29/2008 | No server hours during time period |
| McHenry | Travis | 320 | 04/04/2013 | 04/04/2011 | Consent filed after 4-3-2011 |
| Medina | Christian | 101 | 11/11/2010 | 11/11/2008 | Term date 2-17-2007 |
| Mills | Richard L | 235 | 02/13/2013 | 02/13/2011 | Term date 5-4-2010 |
| Milward | Jamie | 117 | 11/29/2010 | 11/29/2008 | Term date 1-12-2007 |
| Morris | Daron | 117 | 11/29/2010 | 11/29/2008 | Term date 4-26-2006 |
| Neuman | Paul | | 03/04/2013 | 03/04/2011 | Second consent-Court denied (Dkt 324) |
| Ochoa | Luis | 91 | 11/04/2010 | 11/04/2008 | Term date 3-25-2007 |
| Piper | Matthew Burton | 126 | 12/10/2010 | 12/10/2008 | Term date 4-17-2007 |

| Piper (Lersch) | Christy | 126 | 12/10/2010 | 12/10/2008 | Term date 1-12-2007 |
| Postler | Andrew | | 03/28/2013 | 03/28/2011 | Second consent-Court Denied (Dkt 324) |
| Reeves | Devin | 121 | 12/03/2010 | 12/03/2008 | No server hours during time period |
| Rzemek | James | 134 | 01/03/2011 | 01/03/2009 | No server hours during time period |
| See | Kelly | 117 | 11/29/2010 | 11/29/2008 | Term date 6-22-2007 |
| Shenal | Richard | 91 | 11/04/2010 | 11/04/2008 | Term date 3-12-2008 |
| Soto | Adrian | 120 | 12/01/2010 | 12/01/2008 | Term date 8-4-2007 |
| Szymczak | Marie | 119 | 11/30/2010 | 11/30/2008 | Term date 1-3-2008 |
| Taylor | Emily | 95 | 11/09/2010 | 11/09/2008 | Term date 9-20-2007 |
| Van Etten | Katherine | 247 | 02/19/2013 | 02/19/2011 | Term date 7-20-2010 |
| Waterbury | Christopher | 83 | 11/01/2010 | 11/01/2008 | Term date 1-13-2007 |
| Wedderburn | Howard | 309 | 03/12/2013 | 03/12/2011 | Did not work for LEL |
| Wilson | Kimberly | 104 | 11/12/2010 | 11/12/2008 | Term date 12-22-2007 |
| Wilson | Vanessa | 124 | 12/08/2010 | 12/08/2008 | No server hours during time period |
| Yardley | Stephanie | 105 | 11/15/2010 | 11/15/2008 | Term date 12-10-2007 |
| Yee | Charlotte | 127 | 12/14/2010 | 12/14/2008 | Did not work for LEL |

The remaining claims are sustained in the amounts shown in the charts admitted as Exhibits A and B. For those eligible claimants who are still employed with Perry's, it must pay these people directly by a separate payroll check. For all other eligible claimants, Perry's must prepare a separate check for each claimant, in the amount of the wage claim applicable to that person, and deliver these checks to plaintiffs' counsel for distribution.

Within thirty (30) days, Perry's must report that the checks have been disbursed.

All other claims of the plaintiffs are dismissed with prejudice.

Perry's violated the Fair Labor Standards Act, but the plaintiffs made superfluous assertions that needlessly increased the cost of the litigation for all parties. Each party will bear its own attorney's costs and fees.

Signed on February _____, 2015, at Houston, Texas.

_____

Lynn N. Hughes

United States District Judge

| Barron Jr. | Thomas | 223 | 02/11/2013 | 02/11/2011 | Term date 5-29-2010 |
|---|---|---|---|---|---|
| Behrns (Furuya) | Tamara | 122 | 12/06/2010 | 12/06/2008 | Term date 9-3-2008 |
| Bell | Meranda | 308 | 03/12/2013 | 03/12/2011 | Did not work for LEL |
| Boyd (Leach) | Sara | 113 | 11/23/2010 | 11/23/2008 | Term date 1-4-2007 |
| Bueche | Michelle | 89 | 11/02/2010 | 11/02/2008 | No server hours during time period |
| Burge | Samantha | 127 | 12/14/2010 | 12/14/2008 | Bartender hours only |
| Camarillo | Timothy | 124 | 12/08/2010 | 12/08/2008 | Term date 5-19-2007 |
| Camarillo (Howell) | Mindy | 124 | 12/08/2010 | 12/08/2008 | Term date 5-4-2007 |
| Castro | Kristina | 127 | 12/14/2010 | 12/14/2008 | Bartender hours only |
| Cespedes | Natalie | 94 | 11/08/2010 | 11/08/2008 | Term date 3-4-2008 |
| Connolly | Sean | 105 | 11/15/2010 | 11/15/2008 | Term date 1-19-2007 |
| Contreras | Jason | 91 | 11/04/2010 | 11/04/2008 | Term date 8-21-2007 |
| Courtney | Derek | 93 | 11/05/2010 | 11/05/2008 | Term date 2-9-2008 |
| Davenport (Szymczak) | Stephanie | 113 | 11/23/2010 | 11/23/2008 | Term date 1-4-2007 |
| Faysal | George | 117 | 11/29/2010 | 11/29/2008 | Did not work for LEL |
| Federlein | Jeremiah | 107 | 11/17/2010 | 11/17/2008 | Term date 3-3-2007 |

| Fries | John | 127 | 12/14/2010 | 12/14/2008 | Term date 8-10-2007 |
| Galdenzi | Michael | 94 | 11/08/2010 | 11/08/2008 | Term date 7-27-2008 |
| Garcia | Joshua | 75 | 11/01/2010 | 11/01/2008 | Term date 3-22-2007 |
| Gonzales | Guadalupe | 106 | 11/16/2010 | 11/16/2008 | Term date 9-11-2008 |
| Haas | Scott | 105 | 11/15/2010 | 11/15/2008 | Term date 7-28-2008 |
| Hamp | Danielle | 117 | 11/29/2010 | 11/29/2008 | Term date 7-31-2008 |
| Harris | Fredricka | 316 | 03/28/2013 | 03/28/2011 | Did not work for LEL |
| Haven | Douglas | 289 | 03/01/2013 | 03/01/2011 | Did not work for LEL |
| Herzog | Brandon | 130 | 12/17/2010 | 12/17/2008 | No server hours during time period |
| Huckabee | Aaron Joel | 313 | 03/28/2013 | 03/28/2011 | No server hours during time period |
| Hugi | Jean | 94 | 11/08/2010 | 11/08/2008 | Term date 10-13-2007 |
| Jacobs | Jennifer | 127 | 12/14/2010 | 12/14/2008 | Term date 11-19-2007 |
| Johnson | Jerome | 233 | 02/13/2013 | 02/13/2011 | Term date 12-26-2009 |
| Kelley | Ruth | 91 | 11/04/2010 | 11/04/2008 | Term date 2-29-2008 |
| King | Joel | 127 | 12/14/2010 | 12/14/2008 | Term date 7-12-2008 |
| Kinsey | Wade | 94 | 11/08/2010 | 11/08/2008 | Term date 1-2-2008 |

| Kovach | Carolyn | 91 | 11/04/2010 | 11/04/2008 | Term date 2-23-2008 |
|---|---|---|---|---|---|
| Kuhfeldt | Christopher | 66 | 10/27/2010 | 10/27/2008 | No server hours during time period |
| Lara | Josefina | 109 | 11/19/2010 | 11/19/2008 | Training shifts only ($7.25 per hour) |
| Larson | Jeff | 94 | 11/08/2010 | 11/08/2008 | Term date 9-25-2007 |
| Lovell | Deirdre | 119 | 11/30/2010 | 11/30/2008 | No server hours during time period |
| Martinez | Crissy | 104 | 11/12/2010 | 11/12/2008 | Term date 11-10-2008 |
| Masters | Brian | 124 | 12/08/2010 | 12/08/2008 | Last day as server 11-13-2007 |
| Max | Joshua | 117 | 11/29/2010 | 11/29/2008 | No server hours during time period |
| McHenry | Travis | 320 | 04/04/2013 | 04/04/2011 | Consent filed after 4-3-2011 |
| Medina | Christian | 101 | 11/11/2010 | 11/11/2008 | Term date 2-17-2007 |
| Mills | Richard L | 235 | 02/13/2013 | 02/13/2011 | Term date 5-4-2010 |
| Milward | Jamie | 117 | 11/29/2010 | 11/29/2008 | Term date 1-12-2007 |
| Morris | Daron | 117 | 11/29/2010 | 11/29/2008 | Term date 4-26-2006 |
| Neuman | Paul | | 03/04/2013 | 03/04/2011 | Second consent-Court denied (Dkt 324) |
| Ochoa | Luis | 91 | 11/04/2010 | 11/04/2008 | Term date 3-25-2007 |
| Piper | Matthew Burton | 126 | 12/10/2010 | 12/10/2008 | Term date 4-17-2007 |

| Piper (Lersch) | Christy | 126 | 12/10/2010 | 12/10/2008 | Term date 1-12-2007 |
| Postler | Andrew | | 03/28/2013 | 03/28/2011 | Second consent-Court Denied (Dkt 324) |
| Reeves | Devin | 121 | 12/03/2010 | 12/03/2008 | No server hours during time period |
| Rzemek | James | 134 | 01/03/2011 | 01/03/2009 | No server hours during time period |
| See | Kelly | 117 | 11/29/2010 | 11/29/2008 | Term date 6-22-2007 |
| Shenal | Richard | 91 | 11/04/2010 | 11/04/2008 | Term date 3-12-2008 |
| Soto | Adrian | 120 | 12/01/2010 | 12/01/2008 | Term date 8-4-2007 |
| Szymczak | Marie | 119 | 11/30/2010 | 11/30/2008 | Term date 1-3-2008 |
| Taylor | Emily | 95 | 11/09/2010 | 11/09/2008 | Term date 9-20-2007 |
| Van Etten | Katherine | 247 | 02/19/2013 | 02/19/2011 | Term date 7-20-2010 |
| Waterbury | Christopher | 83 | 11/01/2010 | 11/01/2008 | Term date 1-13-2007 |
| Wedderburn | Howard | 309 | 03/12/2013 | 03/12/2011 | Did not work for LEL |
| Wilson | Kimberly | 104 | 11/12/2010 | 11/12/2008 | Term date 12-22-2007 |
| Wilson | Vanessa | 124 | 12/08/2010 | 12/08/2008 | No server hours during time period |
| Yardley | Stephanie | 105 | 11/15/2010 | 11/15/2008 | Term date 12-10-2007 |
| Yee | Charlotte | 127 | 12/14/2010 | 12/14/2008 | Did not work for LEL |

The remaining claims are sustained in the amounts shown in the charts admitted as Exhibits A and B.  For those eligible claimants who are still employed with Perry's, it must pay these people directly by a separate payroll check.  For all other eligible claimants, Perry's must prepare a separate check for each claimant in the amount of the wage claim applicable to that person, and deliver these checks to plaintiffs' counsel for distribution.

Within thirty (30) days, Perry's must report that the checks have been disbursed.

All other claims of the plaintiffs are dismissed with prejudice.

Perry's violated the Fair Labor Standards Act, but the plaintiffs' superfluous assertions needlessly increased the cost of the litigation for all parties.  Therefore, each party will bear its own attorney's fees and costs.

Signed on February 24, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge