| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2016
David J. Bradley, Clerk

Giullian Steele, et al., §
§
§ Plaintiffs, §
§
versus § Civil Action H-09-2789
§
Perry's Restaurant, LLC, et al., §
§
Defendants. §

## Order on Attorneys' Fees

Giullian Steele and the others take $290,000 as attorneys' fees from Leasing Enterprises, LTD., Perry's Restaurant, LLC, and Perry's Restaurant.

Signed on November 2, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge